1106

No. 81–806.   LORD ET AL. v. LOCAL UNION NO. 2088, IN-
TERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
AFL–CIO, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 81–1526.   FELDMAN v. DISTRICT OF COLUMBIA
COURT OF APPEALS ET AL.; and
No. 81–1537.   HICKEY v. DISTRICT OF COLUMBIA COURT
OF APPEALS ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–1674.   ALABAMA v. GRADDICK.   Sup. Ct. Ala.
Certiorari denied.

No. 81–1689.   HUEY v. TELEDYNE, INC., ET AL.   C. A.
9th Cir.   Certiorari denied.

No. 81–1803.   CITY OF STAMFORD v. IEVA ET AL.; and
No. 81–2056.   IEVA v. CITY OF STAMFORD ET AL.   C. A.
2d Cir.   Certiorari denied.

No. 81–1818.   CASARI, DIRECTOR OF THE SECTION OF
HOSPITAL AND MEDICAL FACILITIES OF THE NEBRASKA DE-
PARTMENT OF HEALTH, ET AL. v. FIRST FEDERAL SAVINGS
& LOAN ASSOCIATION OF LINCOLN.   C. A. 8th Cir.   Certio-
rari denied.

No. 81–1908.   RHEAUME v. SAFFELL.   C. A. 5th Cir.
Certiorari denied.

No. 81–1940.   ARTHUR YOUNG & CO. v. SUMMER ET AL.;
No. 81–2001.   RAYMOND, JAMES & ASSOCIATES, INC. v.
SUMMER ET AL.; and
No. 81–2060.   LAND & LEISURE, INC., ET AL. v. SUMMER
ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 81–1973.   IRWIN v. MONTGOMERY COUNTY, MARY-
LAND, ET AL.   Ct. Sp. App. Md.   Certiorari denied.